**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Hubbard Concrete PT, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **33-2038328** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**435 Canal Street, Suite 205**<br>**New Smyrna Beach, FL 32168**<br>Number, Street, City, State & ZIP Code<br><br>**Volusia**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Hubbard Concrete PT, LLC**                    Case number (*if known*) _____
         Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___**2381**___

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **Hubbard Concrete PT, LLC**                                    Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

             Contact name _____

             Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor   **Hubbard Concrete PT, LLC**                                    Case number (*if known*) _____
         Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor    **Hubbard Concrete PT, LLC**                                           Case number (*if known*) _____
          Name

▮▮▮  Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ **May 1, 2026**
                  MM / DD / YYYY

X _____        **Sean Hubbard**
Signature of authorized representative of debtor        Printed name

Title    **President and Manager**

**18. Signature of attorney**    X _____        Date   **May 1, 2026**
                                 Signature of attorney for debtor                   MM / DD / YYYY

**Kathleen L. DiSanto**
Printed name

**Bush Ross, P.A.**
Firm name

**PO Box 3913**
**Tampa, FL 33601-3913**
Number, Street, City, State & ZIP Code

Contact phone    **813-224-9255**        Email address    **kdisanto@bushross.com**

**58512 FL**
Bar number and State

# United States Bankruptcy Court
## Middle District of Florida

In re   **Hubbard Concrete PT, LLC** _____   Case No. _____

                                                 Debtor(s)   Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the President and Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 1, 2026** _____   _____
                                                    **Sean Hubbard/President and Manager**
                                                    Signer/Title

Hubbard Concrete PT, LLC
435 Canal Street, Suite 205
New Smyrna Beach, FL 32168

Kathleen L. DiSanto
Bush Ross, P.A.
PO Box 3913
Tampa, FL 33601-3913

Axia Contracting LLC
3245 42nd Street South
Suite 200
Fargo, ND 58104

Buckhaven LLC
4983 New Peachtree Rd Ste A
Atlanta, GA 30341

Chaney Concrete
P.O. Box 824896
Philadelphia, PA 19182-4896

Couch Oil
P.O. Box 2753
Durham, NC 27715

DHI Comm Constr. of NC, LLC
1341 Horton Circle
Arlington, TX 76011

Dick Rosedale
435 Canal Street, Suite 209
New Smyrna Beach, FL 32168

Guillen Concrete
4924 Star View Drive
Apopka, FL 32712

Internal Revenue Service
PO Box 8208
Philadelphia, PA 19101-8208

Jeffrey J. Needle, Esq.
The Needle Law Group
5300 N.W. 33rd Ave, Ste 206
Fort Lauderdale, FL 33309

Kelli McMurtrey
636 N. Riverside Drive
New Smyrna Beach, FL 32168

M&D Concrete
931 Brook Ave.
Atlanta, GA 30340

Markel Insurance Company
13815 FNB Parkway, Suite 601
Omaha, NE 68154-5287

OHG FL Lee I Bayshore LLC
999 Vanderbilt Beach Road
Naples, FL 34108

Osprey Sound Apartments LP
210 University Blvd. #460
Denver, CO 80206

Parramore Dev. & Constr. LLC
2700 Westhall Lane, Ste 200
Maitland, FL 32750

Southern Built LLC
c/o Anthony T. Ford
120 S. Samsula Dr.
New Smyrna Beach, FL 32168

Sunbelt
P.O. Box 409211
Atlanta, GA 30384-9211

Volusia County Tax Collector
Will Roberts
123 W. Indiana Ave., Room 10
Deland, FL 32730

White Cap
P.O. Box 4944
Orlando, FL 32801-4944

White Cap. Const. Supply
Attn: Accounts Receivable
8210 Sabal Industrial Blvd
Tampa, FL 33619